Santana Law Group, L.L.C.
Jose O. Santana, Esquire
3708 Bergenline Avenue, 2nd Floor
Union City, New Jersey 07087
Tel: (201) 340-6435
Fax: (201) 601-9121
Email: court@santana-law.com

DETAINED - ELIZABETH CONTRACT
DETENTION FACILITY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ARIAS RODRIGUEZ, MANUEL ANTONIO**

***Petitioner*,**

**v.**

**MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**

**TODD BLANCHE, in her official capacity as Attorney General of the United States;**

**TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;**

**JASON BENZEL, in his official capacity as Director of Elizabeth Detention Facility;**

***Respondents*.**

**Civil Action No.3:26-cv-12521-GC**

**Hon. Judge Georgette Castner:**

It is so ordered this 20th day of November, 2026. It is further ordered that upon entry of this Order, the Clerk of the Court is directed to close this case.

Georgette Castner
GEORGETTE CASTNER, U.S.D.J.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner, Manuel Antonio Arias Rodriguez, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents. Petitioner no longer wishes to proceed with this action.

*s/Jose O. Santana*
Jose O. Santana, Esq.
Attorney for Petitioner

Respectfully submitted on: 11/19/2026